

# MANDATE

# The Fifteenth Court of Appeals

## NO. 15-24-00128-CV

| | |
|---|---|
| Harbor America Central, Inc., Appellant<br><br>v.<br><br>William Reeves, Appellee | Appealed from the 55th District Court of Harris County. (Tr. Ct. No. 2017-25574). Opinion delivered Per Curiam. |

**TO THE 55TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on March 11, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the court heard the parties' joint motion to vacate and remand pursuant to their settlement agreement. Having considered the motion and found it meritorious, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.

**CHRISTOPHER A. PRINE, CLERK**